1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

LAW OFFICE OF SHAUN SETAREH, A Professional Corporation,

12

Plaintiff,

13

vs.

14

AT&T CORPORATION, a New York Corporation; and DOES 1-50, inclusive,

15
16

Defendant.

Case No.  CV 21-30-DMG (ASx)

**ORDER DISMISSING ACTION WITH PREJUDICE [22]**

17
18
19
20
21
22
23
24
25
26
27
28

1    Upon review of the Parties' Stipulation for Dismissal of Action with

2  Prejudice, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

3  the Court hereby **ORDERS** that the above-captioned action is dismissed with

4  prejudice.  Each party shall bear its own respective costs.

5

6  DATED:  September 17, 2021

7
                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28